No. — – ——.   POSEY *v.* DEPARTMENT OF THE AIR FORCE; and

No. — — ——. YANG *v.* MCCARTHY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.